918

No. 747, Misc. DANIEL *v.* PORT, JUDGE; and

No. 864, Misc. TAYLOR *v.* BURKE, WARDEN, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 635. GARDNER *v.* BRODERICK, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL. Appeal from Ct. App. N. Y. Probable jurisdiction noted. *Richard Gugliotta* and *Ronald Podolsky* for appellant. *J. Lee Rankin* and *Stanley Buchsbaum* for appellees.

No. 673. GEORGE CAMPBELL PAINTING CORP. *v.* REID ET AL., MEMBERS OF NEW YORK CITY HOUSING AUTHORITY, ET AL. Appeal from Ct. App. N. Y. Probable jurisdiction noted and case set for oral argument immediately following No. 635, *supra. Theodore M. Ruzow, Albert A. Blinder* and *Stephen Hochhauser* for appellant. *Harry Levy* and *I. Stanley Stein* for appellees. *Louis J. Lefkowitz,* Attorney General, *pro se, Samuel A. Hirshowitz,* First Assistant Attorney General, and *Brenda Soloff,* Assistant Attorney General, for the Attorney General of New York, in opposition.

No. 638. CHENG FAN KWOK *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari granted. *William H. Dempsey, Jr., Esquire,* a member of the Bar of this Court, is invited to appear and present oral argument, as *amicus curiae,* in support of the judgment below. *Abraham Lebenkoff* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for respondent.